Edward Bertha, appellee, v. Randolph Buck, appellant. Gen. No. 27,623.

Judgment by confession for rent and attorney's fee vacated and tried by the court without a jury. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John L. Brearton, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922. Rehearing denied October 16, 1922.

McCormick, Kirkland, Patterson & Fleming, for appellant; Dwight P. Green and Jay Stough, of counsel. Ziv, Loomis & Silvertrust, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Samuel Korland, appellee, v. William Prendergast et al., appellants. Gen. No. 27,642.

Action for personal injuries received in a collision between plaintiff's horse-drawn vehicle and defendants' automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922.

Thomas C. Kennedy and C. F. Grider, for appellants. Moses, Rosenthal & Kennedy, for appellee; Hirsch E. Soble, of counsel.

Mr. Justice Morrill delivered the opinion of the court.